```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
KENYA WHITT,

                Plaintiff,                         ORDER

        - against -                           20 Civ. 5303 (NRB)

PEP BOYS – MANNY, MOE & JACK OF DELAWARE INC.
d/b/a PEP BOYS AUTO PARTS AND SERVICE

                Defendant.
---------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on August 2, 2019, plaintiff filed her complaint in the Supreme Court of the State of New York for Bronx County; and

**WHEREAS** on July 10, 2020, defendant Pep Boys – Manny, Moe & Jack of Delaware Inc. removed the action to this Court on the basis of diversity jurisdiction; and

**WHEREAS** the parties have agreed to remand this case; and

**WHEREAS** the parties have agreed that, upon remand, the recoverable damages shall not exceed $75,000.00; it is hereby

**ORDERED** that this case is remanded to the Supreme Court of the State of New York, Bronx County, the court from which it was removed.

Dated:   New York, New York
         October 8, 2021

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE